THE INHABITANTS OF THE TOWNSHIP OF EATONTOWN, &c., v. THE INHABITANTS OF THE TOWNSHIP OF SHREWSBURY, &c.

In error to the Supreme Court.

For opinion of the Supreme Court see *ante* p. 188.

For the plaintiffs in error, *James Steen.*

For the defendants in error, *J. S. Applegate.*

Traphagen v. Houston.

PER CURIAM.

The judgment in this case should be affirmed for the reasons given by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DEPUE, DIXON, KNAPP, PARKER, REED, COLE, MCGREGOR, PATERSON.  10.

*For reversal*—None.